# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**Mary Kathleen Benore,**

    Plaintiff,

vs.

**Commissioner of Social Security,**

    Defendant.

Case No.  3: 08-CV-01738

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came before the Court and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that the Commissioner's decision must be affirmed and the case dismissed.

    IT IS SO ORDERED.

    s/ Vernelis K. Armstrong
    United States Magistrate Judge

August 12, 2009
Date

Geri M. Smith, Clerk of Court
Clerk

    s/ Pamela A. Armstrong
    (By) Deputy Clerk